IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL NO. 04-962-GPM |
| ) | |
| DAVID N. BURKE, ILLINOIS ) | |
| COMMUNITY ACTION ASS'N, ) | |
| CITIFINANCIAL SERVICES, INC., ) | |
| UNKNOWN OWNERS and NON-RECORD ) | |
| CLAIMANTS, ) | |
| ) | |
| Defendants. ) | |

## ORDER CONFIRMING UNITED STATES MARSHAL'S REPORT OF SALE

**MURPHY, Chief District Judge:**

The United States Marshal, Don Slazinik, was appointed by the Court to effectuate the judgment filed on January 24, 2006, and then to make a report of his actions. His report of sale was filed June 12, 2006, and the Court finds that he acted in accordance with the said judgment, and the sale was accomplished according to law.

**IT IS, THEREFORE, THE ORDER OF THIS COURT** that the sale and report of the United States Marshal, Don Slazinik, is **approved and confirmed**. There being nothing further before the Court, this Order is issued this 29th day of June, 2006.

**IT IS SO ORDERED.**

s/ G. Patrick Murphy
G. PATRICK MURPHY
Chief United States District Judge